PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:02CR05445-001 OWW** |
| ) | |
| **Carol Wynona Mercer** ) | |
| ) | |

On March 27, 2003, the above-named was placed on Probation for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:      May 5, 2005
            Fresno, California
            MKD


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:  **MERCER, Carol Wynona**
     **Docket Number:  1:02CR05445-001**
     **ORDER TERMINATING PROBATION**
     **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 05/24/05 | /s/ OLIVER W. WANGER |
| **Date** | **Oliver W. Wanger**<br>**United States District Judge** |

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office